Court of the State of Delaware. November 18, 1918. Dismissed with costs, per stipulation. *Mr. Josiah Marvel* and *Mr. David T. Marvel* for plaintiff in error. *Mr. J. J. Darlington* and *Mr. Robert H. Richards* for defendants in error.

———

No. 229. CLEVELAND-CLIFFS IRON COMPANY *v.* TOWN-SHIP OF REPUBLIC. Error to the Supreme Court of the State of Michigan. November 18, 1918. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. William P. Belden* for plaintiff in error. No appearance for defendant in error.

———

No. 57. JOSEPH FENSTERWALD *v.* SELMA R. BURK. Error to the Court of Appeals of the State of Maryland. November 19, 1918. Dismissed with costs, pursuant to the sixteenth rule, on motion of *Mr. J. Kent Rawley* for defendant in error. *Mr. Samuel Want* for plaintiff in error. *Mr. J. Kent Rawley* and *Mr. Edward M. Hammond* for defendant in error.

———

No. 71. NEW ORLEANS, MOBILE & CHICAGO RAIL-ROAD COMPANY *v.* T. E. McCARDLE ET AL. Error to the Supreme Court of the State of Mississippi. November 20, 1918. Dismissed with costs, on authority of counsel for plaintiff in error. *Mr. James N. Flowers* for plaintiff in error. No appearance for defendant in error.

———

No. 517. I. F. SEARLE ET AL. *v.* MECHANICS LOAN & TRUST COMPANY ET AL. December 9, 1918. Petition